IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-cv-00123-FL

| | |
|---|---|
| SIEMENS INDUSTRY, INC, <br><br> Plaintiff, <br><br> v. <br><br> SAUER INCORPORATED, <br> SAUER CONSTRUCTION, LLC and <br> MALLORY ELECTRIC CO. <br><br> Defendants. | ORDER |

      This matter comes before the Court on the parties' Joint Motion for Stay. Having reviewed the motion, and for good cause shown, the Motion is GRANTED. This matter shall be stayed through July 31, 2023. The stay shall be automatically lifted on August 1, 2023. Any party may seek to continue the stay within fourteen days following the expiration thereof upon a showing of good cause. Any responsive pleading to be filed by Defendants is due within thirty days following expiration of the stay or thirty days following the denial of a motion to reinstate the stay, whichever is longer.

      SO ORDERED this 14th day of April, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge