IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00123-FL

| | |
|---|---|
| SIEMENS INDUSTRY, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SAUER CONSTRUCTION, LLC, and MALLORY ELECTRIC CO., | ) |
| Defendants. | ) |

This matter comes before the Court on the parties' Joint Motion to Reinstate Stay. Having reviewed the motion, and for good cause shown, the Motion is GRANTED. The stay in this matter shall be reinstated and the matter stayed through November 4, 2024. During the stay, any party may move that the Court lift the stay for good cause shown. The stay shall be automatically lifted on November 4, 2024. Any responsive pleading to be filed by Defendants is due within thirty (30) days following expiration of the stay or thirty (30) days following the denial of a motion to reinstate the stay, whichever is longer.

SO ORDERED this 12th day of September, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge