IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00123-FL

| | | |
|---|---|---|
| SIEMENS INDUSTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SAUER CONSTRUCTION, LLC, and | ) | |
| MALLORY ELECTRIC CO., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the parties' Joint Motion to Reinstate Stay. Having reviewed the motion, and for good cause shown, the Motion is GRANTED. The stay in this matter shall be reinstated and the matter stayed through the shorter of either (i) sixty (60) days from the expiration of the previous stay, thereby reinstating the stay through and including Monday, January 6, 2025, or (ii) thirty (30) days following the issuance of the COFD. During the stay, any party may move that the Court lift the stay for good cause shown. The stay shall be automatically lifted on either January 6, 2025 or thirty (30) days following the issuance of the COFD, whichever occurs first. Any responsive pleading to be filed by Defendants is due within thirty (30) days following expiration of the stay or thirty (30) days following the denial of a motion to reinstate the stay, whichever is longer.

SO ORDERED this 19th day of November, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge