IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00123-FL

| | |
|---|---|
| SIEMENS INDUSTRY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAUER CONSTRUCTION, LLC )<br>f/k/a SAUER INCORPORATED and )<br>MALLORY ELECTRIC CO., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>SAUER CONSTRUCTION, LLC )<br>f/k/a SAUER INCORPORATED, )<br>Defendant/ )<br>Counterclaimant )<br>Third Party )<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIDELITY AND DEPOSIT )<br>COMPANY OF MARYLAND, )<br>Third-Party )<br>Defendant. ) | **ORDER GRANTING<br>JOINT MOTION TO<br>REINSTATE STAY** |

This matter comes before the Court on the parties' Joint Motion to Reinstate Stay. Having reviewed the motion, and for good cause shown, the Motion is GRANTED. The stay in this matter shall be reinstated and the matter stayed through September 5, 2025. During the stay, any party may move that the Court lift the stay for good cause shown. The stay shall be automatically lifted on September 5, 2025. Any responsive pleading, reply, or response currently due to be filed by any party, be tolled and

deemed due no earlier than September 12, 2025 (this includes, without limitation, Mallory's response to Sauer's Motion to Stay [Dkt No. 47] and Mallory's response to Sauer's Motion to Dismiss its counterclaim [Dkt. No. 67], both currently due on June 9, 2025, absent the stay sought herein).

SO ORDERED this 16th day of July, 2025.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge